```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, <br><br> Plaintiffs, <br> vs. <br><br> GREETZ PRINTING CO., INC., a California corporation, <br><br> Defendant. | NO. C 07 4999 EMC <br><br><br><br><br><br> CONSENT TO JURISDICTION BY A UNITED STATES <u>MAGISTRATE JUDGE</u> |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28 U.S.C., Section 636 (c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the North Circuit.

Date: 12/27/07

                        ERSKINE & TULLEY
                        A PROFESSIONAL CORPORATION

                        By:   /s/ Michael J. Carroll
                              Michael J. Carroll
                              Attorney for Plaintiffs

<u>CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE</u>

1