1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 **BOARD OF TRUSTEES OF THE PRINTING**      )      NO. C 07 4999 EMC
   **SPECIALTIES AND PAPER PRODUCTS JOINT** )
12 **EMPLOYER AND UNION HEALTH AND**         )
   **WELFARE FUND,**                          )      **MOTION  FOR  ENTRY  OF**
13                                            )      **DEFAULT**
                          **Plaintiffs,**     )
14           **vs.**                          )
                                              )
15 **GREETZ PRINTING CO., INC., a California**  )
   **corporation,**                            )
16                                            )
                          **Defendant.**      )
17 _____ )

18        To the Clerk of the United States District Court for the Northern District of California:

19        You will please enter the default of defendant, GREETZ PRINTING CO., INC., a

20 California corporation, for failure to plead or otherwise move as provided by the Federal Rules of Civil

21 Procedure, as appears from the Declaration of Michael J. Carroll in Support of Entry of Default filed

22 herewith.

23 Dated: December 27, 2007                    ERSKINE & TULLEY

24

25                                    By:     /s/ Michael J. Carroll
                                              MICHAEL J. CARROLL
26                                            Attorney for Plaintiffs

27

28

   **MOTION FOR ENTRY OF DEFAULT**                    **1**