1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11

12  BOARD OF TRUSTEES OF THE PRINTING          )    NO. C 07 4999 EMC
    SPECIALTIES AND PAPER PRODUCTS JOINT )
13  EMPLOYER AND UNION HEALTH AND             )    DECLARATION OF MICHAEL
    WELFARE FUND,                             )    J. CARROLL IN SUPPORT OF
14                                            )    MOTION  FOR  ENTRY  OF
                                              )    DEFAULT
15                                            )
                        Plaintiffs,           )
16          vs.                               )
                                              )
17  GREETZ PRINTING CO., INC., a California   )
    corporation,                              )
18                                            )
                        Defendant.            )
19  _____ )

20          I, MICHAEL J. CARROLL, declare:

21          1.  I am duly admitted to practice law before all of the courts of the State of California

22  and in the United States District Court, Northern District of California.  I am one of the attorneys for

23  plaintiff in this action.  I have personal knowledge of the facts stated herein and if called as a witness,

24  I could competently testify as follows:

25          2.  The complaint and summons in this action were served on defendant, GREETZ

26  PRINTING CO., INC., a California corporation,  on October 15, 2007 as appears from the proofs of

27  service of said summons e-filed with the Court.

28          3.  The time within which the defendants  may answer or otherwise move as to the

DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT          1

1   complaint has expired, that defendants have not answered or otherwise moved and that the time for

2   defendants to answer or otherwise move has not been extended.

3           I declare under penalty of perjury that the foregoing is true and correct.

4           Executed on December December 27, 2007 at San Francisco, California.

5

6                                           /s/ Michael J. Carroll
                                            MICHAEL J. CARROLL
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE BY MAIL**

2   I am a citizen of the United States and employed in the City and County of San Francisco,

3 California.  I am over the age of eighteen years and not a party to the within above entitled action; my

4 business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.  On December

5 27, 2007, I served the within **MOTION FOR ENTRY OF DEFAULT, DECLARATION OF**

6 **MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT and**

7 **PROPOSED NOTICE OF ENTRY OF DEFAULT** on the defendant in said action, by placing a true

8 copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post

9 office mail box at San Francisco, California, addressed as follows:

10 Greetz Printing Co., Inc.
  15 Apparel Way

11 San Francisco, CA 94124

12   I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true

13 and correct.

14   Executed on December 27, 2007 at San Francisco, California.

15

16       /s/ Sharon Eastman

17

18

19

20

21

22

23

24

25

26

27

28