1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4  Facsimile: (415) 392-1978

5  Attorneys for Plaintiffs

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 **BOARD OF TRUSTEES OF THE PRINTING** )    NO. C 07 4999 EMC
   **SPECIALTIES AND PAPER PRODUCTS JOINT** )
12 **EMPLOYER AND UNION HEALTH AND** )        **PROPOSED NOTICE OF**
   **WELFARE FUND,** )                        **ENTRY OF DEFAULT**
13                                          )
                                            )
14              **Plaintiffs,** )
       vs.                                  )
15                                          )
   **GREETZ PRINTING CO., INC., a California** )
16 **corporation** )
                                            )
17              **Defendants.** )
   _____)
18
            IT IS HEREBY NOTICED that the default of defendant, GREETZ PRINTING CO.,
19
   INC., a California corporation, has been entered by the Clerk of the Court on _____.
20
   Date:_____                    Richard W. Wieking, Clerk
21

22
                                            By: _____
23                                              Deputy Clerk

24

25

26

27

28

   **NOTICE OF ENTRY OF DEFAULT**              1