**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

January 17, 2008

RE:  <u>CV 07-04999 EMC</u>　　　<u>BOARD OF TRUSTEES-v- GEERTZ PRINTING CO.</u>

Default is entered as to **Defendant Geertz Printing Co., Inc.** on **Janury 17, 2008**.

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　*Gina Agustine* (signature)
　　　　　　　　　　　　　　　　　　　　by <u>Gina Agustine-Rivas</u>
　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

NDC TR-4  Rev. 3/89