**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
PRINTING SPECIALITIES AND PAPER
PRODUCTS JOINT EMPLOYER AND
UNION HEALTH AND WELFARE FUND,

        Plaintiff,

    v.

GEERTZ PRINTING CO., etc.,

        Defendant.

_____/

No. C07-4999 EMC


**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the Case Management Conference set for April 23, 2008 at

1:30 p.m. is reset for **June 11, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in

Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case

Management Statement shall be filed by June 4, 2008.  Plaintiff shall serve a copy of this notice

upon defendant.

Dated:  April 8, 2008

                               FOR THE COURT,
                               Richard W. Wieking, Clerk


                         by: _____
                               Betty Fong
                               Courtroom Deputy