```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALITIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GEERTZ PRINTING CO., etc.<br><br>　　　　　Defendant. | NO. C 07 4999 EMC<br><br>PROOF OF SERVICE |

I, SHARON EASTMAN, declare:

That I was at the time of service of the document herein referred to over the age of eighteen years and not a party to the within action.  On April 8, 2008 I served a copy of the court's "CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE DATED 4/8/08 DOCUMENT 10" on the defendant by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California addressed as follows:

PROOF OF SERVICE

1

1 | Greetz Printing Co., Inc.
2 | 15 Apparel Way
San Francisco, CA 94124

3 |     I declare under penalty of perjury that the foregoing is
4 | true and correct.

5 |     Executed on April 15, 2008 at San Francisco, California.

                                        *[signature]*
                                    Sharon Eastman

PROOF OF SERVICE
2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
PRINTING SPECIALITIES AND PAPER
PRODUCTS JOINT EMPLOYER AND
UNION HEALTH AND WELFARE FUND,

    Plaintiff,

v.

GEERTZ PRINTING CO., etc.,

    Defendant.
_____/

No. C07-4999 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Case Management Conference set for April 23, 2008 at 1:30 p.m. is reset for **June 11, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Statement shall be filed by June 4, 2008. Plaintiff shall serve a copy of this notice upon defendant.

Dated: April 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy