1 ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
2 MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
3 San Francisco, CA  94104
Telephone:  (415) 392-5431
4 Facsimile:  (415) 392-1978

5 Attorneys for Plaintiff

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 BOARD OF TRUSTEES OF THE PRINTING ) | NO.  C 07 4999 EMC |
| SPECIALTIES, etc., ) | |
| 12                                                                     ) | |
|                            Plaintiff,            ) | DECLARATION OF RONALD D. |
| 13                                                                     ) | CHANDLER IN SUPPORT OF |
|            vs.                                                   ) | MOTION FOR DEFAULT |
| 14                                                                     ) | JUDGMENT |
| GEERTZ PRINTING CO., etc.,           ) | |
| 15                                                                     ) | |
|                            Defendant.          ) | |
| 16 _____ ) | |

17

18          I, RONALD D. CHANDLER, declare:

19          1.          I am a Partner of the firm of Miller, Kaplan, Arase & Co., LLP, Certified Public

20 Accountants with business offices located at 4123 Lankershim Boulevard, North Hollywood, CA 91602.  If

21 called as a witness, I could competently testify from my own personal knowledge to the following facts:

22          2.          I am custodian of and familiar with the books and records of Miller, Kaplan, Arase &

23 Co., LLP, Certified Public Accountants as they relate to the defendant in this case, GEERTZ PRINTING CO.,

24 INC.,  a California corporation.

25          3. My firm performs compliance tests on contributing employers for the Board of Trustees of

26 the Printing Specialties and Paper Products Joint Employer and Union Health and Welfare Fund.

27          4. My office requested access to the books and records of this employer on February 17,

28 2006 by letter and on October 11, 2006 and October 12, 2006 by telephone contact.   Attached hereto and

1 | collectively marked Exhibit 3 is a copy of our letter and our telephone log. The defendant failed and refused
2 | to arrange for an audit of its books and records.
3 |       I declare under penalty of perjury that the foregoing is true and correct.
4 |       Executed on April 16, 2008 at North Hollywood, California.

           /s/ Ronald D. Chandler
           RONALD D. CHANDLER