# PRINTING SPECIALITIES & PAPER PRODUCTS

*Joint Employer and Union*
*Health and Welfare Fund*
**ASSOCIATED THIRD PARTY ADMINISTRATORS**
P.O. Box 2640 • Pasadena, Calif. 91102-2640 • (800) 525-1817 • FAX: (626) 279-3045

February 17, 2006

Geertz Printing
Attn: Steve Rogers
15 Apparel Way
San Francisco, CA 94124

RE:    COMPLIANCE AUDIT/ ER #20003
PERIOD OF AUDIT 1/02-9/05

Gentlemen:

The Employer Retirement Income Security Act of 1974 (ERISA), requires that the trustees implement and maintain a reasonable, diligent and systematic procedure for the collection of employer contributions, including the establishment of a system of payroll audits. Authority for payroll audits are also contained in the Trust Agreement.

In light of these requirements, the Board of Trustees has adopted an employer payroll audit program under which all existing contributing employers are to be audited at least once in a four-year period. New employers will be audited after the first six months of contributions. The intent is to ensure that all employers are making full and prompt payment of all contributions required.

As part of the program, mail audits have been approved in order to assist the Fund in controlling costs but still comply with regulations regarding compliance auditing.

Your company has been selected for a payroll audit to be conducted by mail. You will be contacted by a representative from the firm of Miller, Kaplan, Arase & Co. concerning specific information required for the audit.

The records that will be required include the following:

1. Copies of the federal and state quarterly payroll reports as well as copies of the original checks showing amounts paid with the reports. If management or office salaries are included, please feel free to identify the individual and block out the gross wages.

2. Included with these quarterly reports is the job classification or job title of each employee listed as well as wage rates and hire and termination dates.

3. Specific payroll records or other payroll or any other payroll related documentation upon request (e.g., W-2s, W-3s, 1099s, 1096s, and employee earnings' records).

4399 SANTA ANITA AVENUE, SUITE 150, EL MONTE, CALIFORNIA 91731

For your information, the audit may include examination and copying of the following records:

1.  Original payroll information, including payroll time cards, company time sheets, et cetera;

2.  Payroll journals and payroll earning records;

3.  State quarterly payroll tax returns;

4.  Reconciliation of wages paid to quarterly returns;

5.  Personnel records, general disbursements and general ledger records;

6.  Employer's quarterly federal tax returns Form 941 with continuation sheets indicating wages paid to individual employees;

7.  Employee's W-2 Forms;

8.  Accounts payable;

9.  Canceled checks;

10. Check stubs and back-up information;

11. Workers' compensation reports;

12. All other information pertaining to the company's payroll system.

Your cooperation in this phase of Trust Fund administration, as in other areas, will be greatly appreciated.

Sincerely,
ASSOCIATED THIRD PARTY ADMINISTRATORS


Employer Billing Dept.

GEERTZ PRINTING.
Printing Specialties #89135-4003
15 Apparel Way
San Francisco, CA. 94124
Audit Period: 1/02-9'05

**ESTABLISHMENT:**

**TRUST FUND NAME/NUMBER:**

**AUDIT PERIOD:**

**CONTACT PERSON:**                                    **EMAIL:**

**AUDIT APPOINTMENT DATE:**

**AUDIT ADDRESS:**

**TELEPHONE #**                                **FAX #** -285-6779
                                              (415)      (5517)

**DIARY INFORMATION:** Geertz Printing
**DATE:** 4/7    STEVE ROGERS to CALL BACK
        " SEE ALSO CLOISTER PRESS,"

Geertz has WESTERN STATES

10/11/06 - Left Message for Steve to call back

GEERTZ PRINTING.
WesternStates #89300-4003
**ESTABLISHMENT:** _____ 15 Apparel Way
**TRUST FUND NAME/NUMBER:** _____ San Francisco, CA. 94124
Audit Period: 1/02-9'05
**AUDIT PERIOD:** _____

**CONTACT PERSON:** _____   **EMAIL:** _____

**AUDIT APPOINTMENT DATE:** _____

**AUDIT ADDRESS:** _____

**TELEPHONE #** _____   **FAX #** _____

**DIARY INFORMATION:**

**DATE:** SEE ALSO. PRINTING SPECIALTIES REFERENCE CLOISTER PRESS (COMMON OWNER).

7/12/06 - Left message for Steve