ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES, etc., <br><br> Plaintiff, <br><br> vs. <br><br> GEERTZ PRINTING CO., etc., <br><br> Defendant. | NO. C 07 4999 EMC <br><br> DECLARATION OF MICHAEL J. CARROLL IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT |

I, MICHAEL J. CARROLL, declare:

1. I am one of the attorneys for plaintiff in this action and if called as a witness, I could competently testify to the following facts:

2. Plaintiff has incurred costs in the amount of $450.00 in the prosecution of this action. This figure consists of the following items:

    1. The filing fee of $350.00;

    2. The cost to effect service of the Summons and Complaint and other documents from the initial filing of this case in the amount of $100.00, which I have paid.

Attached hereto as Exhibit 4 is the are the invoice for item b. above.

3. This office commenced work on this employer's delinquency in September 2007 under

1 the delinquency procedures established by the trust funds.

2     4. This legal action was filed on September 27, 2007. Defendant failed to appear and the
3 default of defendant was entered by this Court on January 11, 2008. The Court's jurisdiction is founded on
4 29 U.S.C. § 185(a) and 29 U.S.C. 1132.

5     5. Declarant has expended in excess of 3 hours in the prosecution of this action, including
6 the preparation of the Motion for Entry of Default with Supporting Declaration, and this motion. Erskine &
7 Tulley's billing rate in this matter is $185.00 per hour for a total of $555.00.

8     6. Attached to the Herman Declaration and marked Exhibit 2 is the Trust Agreement and
9 Amendment No. 2 of the Printing Specialties and Paper Products Joint Employer and Union Health and
10 Welfare Fund which provides for attorneys fees and court costs in the event of suit. These provisions comply
11 with 29 U.S.C. §1132(g).

12     I declare under penalty of perjury that the foregoing is true and correct.

13     Executed on May 28, 2008 at San Francisco, California.

14                       /s/ Michael J. Carroll
                        MICHAEL J. CARROLL

15
16
17
18
19
20
21
22
23
24
25
26
27
28