# JIM STACK PROCESS SERVERS
## WE DO WRITS RIGHT!
P.O. BOX 716
MILLBRAE, CA 94030
650-589-6663 FAX 650-589-6157
BDNUS@AOL.COM  JIMSTACKPROCESSSERVERS.COM

TAX ID NO: 94-1671497

**INVOICE DATE:** 10/17/2007
**INVOICE NUMBER:** 23947

**Client:** ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
**Attention:** MICHAEL J. CARROLL, ESQ #50246
**Address:** 220 MONTGOMERY ST., STE 303
SAN FRANCISCO, CA 94104

**Phone:** 415-392-5431  **Fax:**
**Client's#** GEERTZ PRINTING Acct:1879

**Documents Served:**
[ ] Summons  [ ] Complaint  [ ] ADR  [ ] CCCS  [ ] Cross
1. SEE ATTACHMENT TO PROOF OF SERVICE
3. X
4. X
5. X

**Case Title:** BOARD OF TRUSTEES -V- GEERTZ PRINTING CO.
**Case Number:** C 07 4999 EMC
**Date Filed:**
**Hrng. Date:**

**Court of Record Name/Address:**
UNITED STATES DISTRICT COURT NORTHERN
, CA

**PARTY TO BE SERVED:** GEERTZ PRINTING CO., A CALIFORNIA CORPORATION - STEVE ROGERS, AGENT FOR SERVICE

**ADDRESS #1. :**

**ADDRESS #2. :** 15 APPAREL WAY, SAN FRANCISCO CA 94124

**PARTY SERVED: (same as above if blank)**
**Name & Description:** LEONARD SULLIVAN, ADMINISTRATOR
**DATE/TIME:** 10/15/2007  2:00PM
**SERVICE LOCATION:** 15 APPAREL WAY, SAN FRANCISCO CA 94124

[ ] Multiple Parties

| SERVICES | CHARGES | BAD ADDRESS(es) (none if blank): |
|---|---|---|
| FEE FOR SERVICE | $100.00 | |
| | | Attempts: Loc./Date/Time |
| | | Not Served at address given: |
| | | Other: *Paid* |
| | | MISC.: |

**TOTAL CHARGES:** $100.00    **TOTAL PAID:** $0.00    **TOTAL DUE:** $100.00

MICHAEL J. CARROLL, ESQ #50246
ERSKINE & TULLEY, A PROFESSIONAL CORPORATION
220 MONTGOMERY ST., STE 303
SAN FRANCISCO CA 94104
415-392-5431          415-392-1978

# UNITED STATES DISTRICT COURT
# UNITED STATES DISTRICT COURT OF CALIFORNIA

| BOARD OF TRUSTEES | CASE NUMBER: |
|---|---|
| Plaintiff(s): | C 07 4999 EMC |
| v. | |
| GEERTZ PRINTING CO. | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| Defendant(s): | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first amended complaint
   ☐ second amended complaint
   ☐ third amended complain

   [X] other *(specify)*: SEE ATTACHMENT TO PROOF OF SERVICE

2. **Person served:**
   a. [X] Defendant *(name)*: GEERTZ PRINTING CO., A CALIFORNIA CORPORATION - STEVE ROGERS, AGENT FOR SERVICE
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
   LEONARD SULLIVAN, ADMINISTRATOR
   c. [X] Address where papers were served:
   15 APPAREL WAY, SAN FRANCISCO CA 94124

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on *(date)*: _____ at *(time)*: _____
   b. [X] By **Substituted service**. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [X] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [X] Papers were served on *(date)*: 10/15/2007 at *(time)*: 2:00PM

      4. [X] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [X] papers were mailed on (date):: 10/15/07

      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant.

PP#: 23947

| CV-1 (04/01) | PROOF OF SERVICE -SUMMONS AND COMPLAINT | PAGE 1 |
|---|---|---|
| | | TRUSTEES -V- GEERTZ PRINTING CO. |

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*:_____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   KATHY NELSON
   JIM STACK PROCESS SERVERS
   P.O. BOX 716
   MILLBRAE, CA 94030
   650-589-6663   #21 SAN MATEO CO.

   a. Fee for service: $ 100.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
   SAN MATEO CO #399

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/17/2007

*(Signature)* KATHY NELSON

PP#: 23947

CV-1 (04/01)    **PROOF OF SERVICE - SUMMONS AND COMPLAINT**    PAGE 2
OF TRUSTEES -V- GEERTZ PRINTING CO.

ATTACHMENT

Re: Board of Trustees of the Printing Specialties, et al.
vs. Geertz Printing Co., Inc., etc.
United States District Court, Action No. C 07 4999 EMC

DOCUMENTS TO BE SERVED:

1. SUMMONS
2. COMPLAINT
3. U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT
4. WELCOME TO THE U.S. DISTRICT COURT
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
6. STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN
7. STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA/ CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
8. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRAIL
9. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
10. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
11. SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
12. JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER
13. DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA