1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE PRINTING    )    NO.  C 07 4999 EMC
   SPECIALTIES, etc.,                  )
12                                      )    (PROPOSED)
                       Plaintiff,      )    ORDER AND
13                                      )    DEFAULT JUDGMENT
           vs.                          )
14                                      )
   GEERTZ PRINTING CO., etc.,          )
15                                      )
                       Defendant.      )
16 _____ )

17

18         Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in

19 favor of Plaintiff, BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER

20 PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND, against defendant,

21 GEERTZ PRINTING CO.,  a California corporation, as follows:

22         1. Defendant shall immediately produce for plaintiff or its authorized representatives any and

23 all records plaintiff deems necessary to determine whether defendant has made full and prompt payment of all

24 fringe benefit contributions due during the period January 1, 2001 to December 31, 2005.  The records shall

25 include without limitation thereto, time cards, payroll journals, payroll check registers, canceled payroll checks,

26 copies of the Employer's federal, state and local payroll tax reports, and all other documents reflecting the

27 hours and wages of employees (whether or not such documents are privileged).

28

                           ORDER AND DEFAULT JUDGMENT
                                         1

2. Attorneys fees in the amount of $555.00; and

3. Costs of suit incurred herein in the amount of $450.00.

Any failure of defendant to comply with this judgment shall, upon good cause shown, be punishable by contempt.

DATED:_____

_____
Magistrate Judge Edward M. Chen

ORDER AND DEFAULT JUDGMENT
2