```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PRINTING SPECIALTIES AND PAPER PRODUCTS JOINT EMPLOYER AND UNION HEALTH AND WELFARE FUND<br><br>Plaintiff,<br><br>vs.<br><br>GEERTZ PRINTING CO. INC., a California corporation<br><br>Defendant. | NO. C 07 4999 EMC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Notice is hereby given that plaintiff dismisses the above entitled action without prejudice pursuant to Federal Rule of Civil Procedure 41, and all dates relating to this case should be taken off the Court's calendar including the hearing on a Case Management Conference set for September 10, 2008 at 1:30 p.m. in Courtroom No. C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:    July 22, 2008            ERSKINE & TULLEY

                                   By: _____
                                       Michael J. Carroll
                                       Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104. On July 22, 2008 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

**Geertz Printing Co.**
**Leonard Sullivan, Administrator**
**15 Apparel Way**
**San Francisco, CA 94124**

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2008 at San Francisco, California.

SHARON EASTMAN